UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK LEVILAIN, | ) |
| | ) CASE NO. C10-341-TSZ-MAT |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER GRANTING |
| | ) RESPONDENT'S MOTION TO |
| A. NEIL CLARK, Field Office Director, U.S. | ) AMEND RETURN AND MOTION TO |
| Immigration and Customs Enforcement, | ) DISMISS |
| | ) |
| Respondent. | ) |
| | ) |

The Court, having reviewed respondent's Motion to Amend Return and Motion to Dismiss, and the remaining record, finds and Orders as follows:

Respondent's Motion to Amend Return and Motion to Dismiss (Dkt. No. 14) is GRANTED. The Court will consider the supplemental information set forth in Docket No. 14, Exhibit A. The Clerk shall send a copy of this Order to the parties and to the Honorable Thomas S. Zilly.

DATED this <u>20th</u> day of May, 2010.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING RESPONDENT'S MOTION
TO AMEND RETURN AND MOTION TO DISMISS
PAGE -1