UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK LEVILAIN, ) | |
| ) | CASE NO. C10-341-TSZ |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | REPORT AND RECOMMENDATION |
| A. NEIL CLARK, Field Office Director, U.S. ) | |
| Immigration and Customs Enforcement, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

On March 2, 2010, petitioner, proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his detention by the U.S. Immigration and Customs Enforcement ("ICE"). (Dkt. No. 6.) On April 16, 2010, however, respondent filed a Return and Motion to Dismiss, indicating that petitioner had since been given an individualized bond redetermination hearing, and was granted bond in the amount of $20,000. (Dkt. No. 12.) On May 14, 2010, respondent filed a Motion to Amend Return and Motion to Dismiss, along with documentation, indicating that on or about April 14, 2010, petitioner posted bond in the amount of $20,000, and was released from immigration custody. (Dkt. No. 14, Ex. A.) Respondent asserts that because petitioner has been accorded all the relief sought in his habeas

REPORT AND RECOMMENDATION
PAGE -1

01  petition – release from detention – his Petition for Writ of Habeas Corpus is now moot and
02  should be dismissed. *Id*.
03      For a federal court to have jurisdiction, "an actual controversy must exist at all stages of
04  the litigation." *Biodiversity Legal Foundation v. Badgley*, 309 F.3d 1166, 1173 (9th Cir.
05  2002). "When a controversy no longer exists, the case is moot." *Id*. Because petitioner is no
06  longer detained by ICE, the Court finds that petitioner's habeas petition should be dismissed as
07  moot. *See, e.g., Cooney v. Edwards*, 971 F.2d 345, 346 (9th Cir. 1992) (holding that the
08  District Court properly dismissed plaintiff's claims that had become either moot or unripe).
09  Accordingly, I recommend that this action be dismissed. A proposed Order accompanies this
10  Report and Recommendation.
11      DATED this 20th day of May, 2010.

Mary Alice Theiler
United States Magistrate Judge