01
02
03
04

05                    UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
06                              AT SEATTLE

07 PATRICK LEVILAIN,                     )
                                         )   CASE NO. C10-341-TSZ-MAT
08              Petitioner,              )
                                         )
09       v.                              )   ORDER OF DISMISSAL
                                         )
10 A. NEIL CLARK, Field Office Director, U.S. )
   Immigration and Customs Enforcement,  )
11                                       )
                Respondent.               )
12 _____ )

13       THIS MATTER comes before the Court on the Report and Recommendation ("R&R"),

14 docket no. 16, of the Honorable Mary Alice Theiler, United States Magistrate Judge.

15 Petitioner has been released from custody upon the posting of bond, and the copies of the R&R

16 and related materials that were mailed to petitioner at the Northwest Detention Center were

17 returned as undeliverable.  <u>See</u> docket no. 18.  Petitioner has not provided the Court with

18 updated contact information, and has not filed any objections to the R&R.

19       Having reviewed the record, the Court ORDERS as follows:

20       (1)    The Court adopts the Report and Recommendation;

21       (2)    Respondent's motion to dismiss, docket no. 12, is GRANTED, and this action is
                DISMISSED as moot; and
22
         (3)    The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

ORDER OF DISMISSAL
PAGE -1

01      DATED this 21st day of June, 2010.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL
PAGE -2